UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYFORD CLARK,

Plaintiff,

v.                                                                      Case No. 6:11-cv-679-Orl-18DAB

TATE & KIRLIN ASSOCIATES, INC.,

Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice, with the Court to reserve jurisdiction for twenty (20) days to enforce the terms of parties settlement agreement.

Dated:  September 7, 2011             Respectfully submitted,

                                      /s Andrew I. Glenn
                                      Andrew I. Glenn, Esq.
                                      E-mail:  AGlenn@cardandglenn.com
                                      Florida Bar No.:  577261
                                      J. Dennis Card, Jr., Esq.
                                      E-mail:  Dennis@cardandglenn.com
                                      Florida Bar No.  0487473
                                      Card & Glenn, P.A.
                                      2501 Hollywood Boulevard, Suite 100
                                      Hollywood, Florida 33020
                                      Telephone:  (954) 921-9994
                                      Facsimile:   (954) 921-9553
                                      Attorneys for Plaintiff