UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYFORD CLARK,

           Plaintiff,

-vs-                                Case No. 6:11-cv-679-Orl-18DAB

TATE & KIRLIN ASSOCIATES, INC.,

           Defendant.
_____

## ORDER

On September 7, 2011 the plaintiff filed a Notice of Voluntary Dismissal With Prejudice (Doc. No. 8). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. Clerk of the Court is directed to CLOSE the case.

**DONE** and **ORDERED** in Orlando, Florida, this ___12___ day of September, 2011.

                                              G. KENDALL SHARP
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record